IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEFF LION, | ) | 1:13-CV-1166  AWI GSA |
| | ) | |
| **Plaintiff**, | ) | |
| v. | ) | **ORDER VACATING** |
| | ) | **SEPTEMBER 30, 2013** |
| ECHO GLOBAL LOGISTICS, INC., | ) | **HEARING DATE** |
| and ESTES FORWARDING | ) | |
| WORLDWIDE, INC., | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

     Currently pending before the Court is Plaintiff's motion to remand.  Hearing on this matter is set for September 30, 2013.  Pursuant to Local Rule 230(h), the court has reviewed the moving papers and has determined that the matter is suitable for decision without oral argument.

     Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September 30, 2013, is VACATED, and the parties shall not appear at that time.  As of September 30, 2013, the Court will take Plaintiff's motion under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:  ___September 24, 2013___       _____

                                        SENIOR  DISTRICT  JUDGE